IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP J. GADZINSKI,

    Plaintiff,

v.

DOUG BELLILE, ET AL.,

    Defendants.

ORDER

Case No. 19-cv-339-jdp

Plaintiff Philip J. Gadzinski has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's resident account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit the certified resident account statement no later than May 21, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Philip J. Gadzinski may have until May 21, 2019 to submit a resident account statement for the period beginning approximately October 29, 2018 and ending approximately April 29, 2019. If, by May 21, 2019, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 30th day of April, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge