IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP J. GADZINSKI,

    Plaintiff,

  v.

                                        Case No.  19-cv-339-jdp

DOUG BELLILE, MITCH LENSKI, and
ALICIA BOEHME,

    Defendants.

### JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/17/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |