# In The United States District Court
# For The Western District Of Wisconsin

**PHILIP GADZINSKI**

VS.

**DOUG BELLILE**
**MITCH LENSKI**
**ALICIA BOEHME**

Case No. 19-CV-339

Notice its hereby given that Philip Gadzinski, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 17th day of February, 2021.

Signed _____ date 2/28/21
Philip Gadzinski
1111 North Road
Mauston, WI 53948
Plaintiff, *pro se.*